JINRO AMERICA INC., a Washington corporation; JR International Corporation, a Korean corporation, Plaintiffs–Appellants,

v.

SECURE INVESTMENTS, INC., an Arizona corporation; Brian Bishop, an individual; Burnett Watkins, an individual; BISHOP, Mrs., individually; Watkins, Mrs., individually; Brian W. Bishop Inc., an Arizona corporation, dba Cobbi International Food Products; Landmark Forward Companies, Inc., Defendants–Appellees.

No. 99–16133

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 16, 2000.

Filed Sept. 14, 2001.

Amended Dec. 5, 2001.

Dale A. Danneman and Susan M. Freeman, Lewis and Roca LLP, Phoenix, Arizona, for the plaintiffs-appellants.

Ronald J. Ellett, P.C., Phoenix, Arizona, for defendant-appellee Landmark Forwarding Companies, Inc.

Thaine M. Crown, Jr., Phoenix, Arizona, for defendants-appellees Cobbi International Food Products, Brian Bishop and Patricia Bishop.

Before: WALLACE, FISHER and RAWLINSON, Circuit Judges.

ORDER AMENDING OPINION AND DENYING PETITION FOR REHEARING

The opinion filed September 14, 2001 [266 F.3d 993], is amended as follows:

At slip op. 13284, line 14 [266 F.3d at 1010], insert footnote number 9 after "... opinion."

[9] Because the district court's grant of summary judgment on Jinro's fraud claim expressly assumed that Jinro's "claims all rest on proof that the parties intended to be bound by the JPA," that judgment is reversed as well.

With this amendment, Appellant's petition for rehearing is DENIED.